THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY PARASCAND, Appellant.

Argued April 28, 1937; decided May 25, 1937.

*Samuel Rosenzweig* for appellant.

*John J. Bennett, Jr., Attorney-General (Sol I. Smithline, Joseph A. McLaughlin* and *Patrick J. Hughes* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.